# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APP Winddown, LLC, *et al.*, | Case No. 16-12551 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| APP Winddown, LLC, *et al.*, | |
| Plaintiff, | |
| vs. | Adv. Proc. No.: 17-51585 (BLS) |
| MBMJ Capital, LLC, | |
| Defendant. | |

## NOTICE OF TELECONFERENCE
## ON AUGUST 13, 2019 AT 2:00 P.M. (EDT)

> **Participants should make arrangements through CourtCall
> by telephone (866-582-6878) or facsimile (866-533-2946) as soon as possible.**

PLEASE TAKE NOTICE that on August 13, 2019 at 2:00 p.m. (Eastern Daylight Time), the Honorable Brendan L. Shannon, United States Bankruptcy Judge, will conduct a teleconference with respect to scheduling issues in the above-captioned adversary proceeding.

---

[1] The Debtors are the following six entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): APP Winddown, LLC (f/k/a American Apparel, LLC) (0601); APP USA Winddown, LLC (f/k/a American Apparel (USA), LLC) (8940); APP Retail Winddown, Inc. (f/k/a American Apparel Retail, Inc.) (7829); APP D&F Winddown, Inc. (f/k/a American Apparel Dyeing & Finishing, Inc.) (0324); APP Knitting Winddown, LLC (f/k/a ICCL Knitting, LLC) (9518); and APP Shipping Winddown, Inc. (f/k/a Fresh Air Freight, Inc.) (3870). The address of each of the Debtors is 107 Millcreek Corners, Ste B, P.O. Box 5129, Brandon, MS 39047.

| | |
|---|---|
| Dated: August 7, 2019<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Stanley B. Tarr (#5535)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 1980<br>(302) 425-6400<br>tarr@blankrome.com<br><br>-AND-<br><br>**ASK LLP**<br>Joseph L. Steinfeld, Jr.<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Minnesota 55121<br>(651) 406-9665<br>jsteinfeld@askllp.com<br><br>Edward E. Neiger, Esq.<br>151 West 46th Street, 4th Floor<br>New York, New York 10036<br>(212) 267-7342<br>eneiger@askllp.com<br><br>*Counsel for Plaintiff APP Winddown, LLC, et al.* |