# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> APP Winddown, LLC, *et al.*, <br><br>      Debtors. | Chapter 11 <br><br> Case No. 16-12551 (BLS) <br><br> (Jointly Administered) |
| APP Winddown, LLC, *et al.*, <br><br>      Plaintiff, <br><br> vs. <br><br> MBMJ Capital, LLC, <br><br>      Defendant. | Adv. No. 17-51585 (BLS) <br><br> **Related Docket No.: 33** |

## **SCHEDULING ORDER**

Based upon the agreement of the parties and to promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to this adversary proceeding.

1. The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026 is waived.

2. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than **September 30, 2019.**

3. All written fact discovery shall be served by **October 31, 2019** and responses to written fact discovery shall be served by **December 31, 2019**.

4. Depositions of fact witnesses shall be completed by **February 14, 2020.**

5. All written expert fact discovery shall be served by **March 16, 2020.** Responses to written expert fact discovery shall be served by **April 17, 2020.** All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).

6. Expert depositions shall be conducted by **May 29, 2020**.

7. Any dispositive motions must be filed no later than **July 24, 2020** and shall be subject to Del. Bankr. L.R. 7007-1 through 7007-4.

8. If this case is not resolved on dispositive motions, the Court will hold a pre-trial conference to determine trial dates.

9. Deadlines contained in this Scheduling Order may be extended only by the Court and only for good cause shown. The parties agree to schedule a telephone conference with the Court in order to resolve any disputes over this Scheduling Order.

10. The parties will promptly contact the Court if this case is settled or otherwise resolved.

Dated: September 18th, 2019
Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE

2

151452.01600/121863323v.2